IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND   Case No. 1:17-CV-3337

PRODUCTS LIABILITY LITIGATION   MDL N0. 2570

_____

This Document Relates to MARIE WILSON

_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Marie Wilson**

   _____

2. Spousal Plaintiff's spouse or other party making loss of consortium claim: **Not Applicable**

   _____

1

Cook Short Form Complaint

3. Other Plaintiff and capacity: **Not Applicable**

   _____

4. Plaintiffs state of residence at the time of implant: **Texas**

   _____

5. Plaintiffs state of residence at the time of injury: **North Carolina**

   _____

6. Plaintiffs current state of residence: **North Carolina**

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Middle District of North Carolina**

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   **Cook Incorporated**

   ☒   **Cook Medical LLC**

   ☒   **William Cook Europe ApS**

9. Basis of Jurisdiction:

   ☒   **Diversity of Citizenship**

2

Cook Short Form Complaint

      **a.**     **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

          **23, 24, 25, 26, 27 and 28.**

      b.     Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim:

(Check applicable Inferior Vena Cava Filters):

☐     Günther Tulip® Vena Cava Filter

☐     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☒     **Other: Bird's Nest**

11. Date of Implantation as to each product: **January 25, 1995**

12. Hospital where Plaintiff was implanted: **Brook Army Medical Center**

13. Implanting Physician: **Gary E. Simmons, M.D., LTC**

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ **Count I:** **Strict Products Liability - Failure to Warn**

☒ **Count II:** **Strict Products Liability – Design Defect**

☒ **Count III:** **Negligence**

☒ **Count IV:** **Negligence Per Se**

☒ **Count V:** **Breach of Express Warranty**

☒ **Count VI:** **Breach of Implied Warranty**

☒ **Count VII:** **Violations of Applicable Indiana and North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ **Count XI:** **Punitive Damages**

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

4

15. Attorney for Plaintiff(s):

   **Richard J. Plezia**

16. Address and bar information for Attorney for Plaintiff(s):

   **RICHARD J. PLEZIA & ASSOCIATES**

   2909 Hillcroft Ave., Suite 575

   Houston, Texas 77057

   Texas Bar No. 16072800

    Respectfully submitted,

    */s/ Richard J. Plezia*_____

    RICHARD J. PLEZIA

    Texas Bar No. 16072800

    **RICHARD J. PLEZIA & ASSOCIATES**

    2909 Hillcroft Ave., Suite 575

    Houston, Texas 77057

    Telephone: 713-800-1151

    Facsimile: 281-602-7735

    efile@rplezialaw.com

    thomas@rplezialaw.com

    **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, a copy of the foregoing Original Short Form Petition was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA

Cook Short Form Complaint